No. 6703. SUMMERS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 6754. WILLIAMS *v.* NELSON, WARDEN. C. A. 9th Cir. ·Certiorari denied. 

No. 6757. McCLEAN *v.* HENRY, PRISON ADMINISTRA-TOR. C. A. 4th Cir. Certiorari denied.

No. 6760. HOWE *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied. 

No. 6766. SMALLS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 6774. VAUGHN *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied. 

No. 6783. WOODALL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 6792. FREEDMAN *v.* AMERICAN EXPORT ISBRANDT-SEN LINES, INC. C. A. 2d Cir. Certiorari denied.

No. 6795. HITE *v.* WASHINGTON. Ct. App. Wash. Certiorari denied. 

No. 6796. JOHNS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 6855. BEYER *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied. 

No. 6860. PIERCEFIELD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 6872. GROESSEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.